NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILLIAM BROWN, DOC #H34171,       )
                                  )
              Appellant,          )
                                  )
v.                                )      Case No. 2D17-4708
                                  )
STATE OF FLORIDA,                 )
                                  )
              Appellee.           )
_____)

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Jalal A. Harb, Judge.

William Brown, pro se.


PER CURIAM.


              Affirmed.


NORTHCUTT, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.